## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**TRAVON D. HIGGINS**                                                    **PLAINTIFF**
**ADC #178966**

**v.**                                     **No. 4:24-cv-00340-LPR**

**ASHLEY N. KING,** *et al.*                                          **DEFENDANTS**

### ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Benecia B. Moore (Doc. 33) and the Plaintiff's Objections (Doc. 35).  The Court has conducted a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record.  The Court hereby approves and adopts the RD as its findings and conclusions in all respects except as stated below.[1]

Although the RD is correct that (1) Mr. Higgins has not complied with prior Court Orders, and (2) the Amended Complaint (Doc. 30) fails to comply with Federal Rules of Civil Procedure 8 and 20, the Court will out of an abundance of caution allow Plaintiff one more opportunity to file a new Amended Complaint.  This new Amended Complaint is due within sixty (60) days of the date of this Order.  If filed, the new Amended Complaint will entirely supersede and replace all prior Complaints.

The Court directs Plaintiff to set out more clearly the factual allegations against each Defendant.  Plaintiff should categorize his Amended Complaint defendant-by-defendant—first

---

[1] On January 6, 2025, Plaintiff requested copies of "all documents after the [docket note] confirming filing fees" was entered on December 10, 2024.  Pl.'s Mot. for Copies (Doc. 39).  The only applicable docket entries are Plaintiff's Motion for Preliminary Injunction (Doc. 36), the Court's Text Order denying that motion (Doc. 37), and Plaintiff's "Emergency Letter Updating the Courts" (Doc. 38).  Then, on January 22, 2025, Plaintiff requested a file-marked copy of his Objections to the RD (Doc. 35).  *See* Pl.'s Second Mot. for Copies (Doc. 40).  Along with a copy of the instant Order, the Clerk of Court is directed to send Plaintiff a copy of the docket sheet and file-marked copies of Doc. 35, Doc. 36, and Doc. 38 for Plaintiff's records.

setting out all his factual allegations and causes of action against the first defendant, then doing the same for the second defendant, then for the third defendant, and so on.

Plaintiff is reminded that the easiest way to comply with Federal Rule of Civil Procedure 20 is to bring multiple claims against only one defendant. If he does this, he can bring other cases against other defendants. If, however, he insists on bringing multiple claims against multiple defendants in the instant case, he may only bring claims that arise from one specific incident.

Plaintiff is warned that, if he fails to file an Amended Complaint within 60 days of the date of this Order, his lawsuit will likely be dismissed for the reasons set forth in the RD.

Accordingly, IT IS THEREFORE ORDERED that:

1.    Plaintiff is directed to file an Amended Complaint as described in this Order within 60 days of the date of this Order.

2.    The Clerk is directed to send Plaintiff a blank § 1983 complaint form, along with a copy of this Order, a copy of the docket sheet, and copies of Doc. 35, Doc. 36, and Doc. 38.

3.    Plaintiff's Motion for Summary Judgment (Doc. 12) is DENIED as moot.

IT IS SO ORDERED this 23rd day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE