IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TRAVON D. HIGGINS                                                    PLAINTIFF

V.                          Case No. 4:24-CV-00340-LPR-BBM

COREY HAYNIE, Lieutenant, Cummins
Unit, ADC; JEREMY WHEATLEY,
Corporal, Cummins Unit, ADC; and
SPENCER D. MANNIS, Corporal,
Cummins Unit, ADC                                                   DEFENDANTS

## **ORDER**

The summons reissued for Defendant Spencer D. Mannis at his last known address

was returned unexecuted. (Doc. 68). However, a forwarding address has been provided. *Id.*

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to prepare a new summons for Defendant Mannis at the

forwarding address provided. (Doc. 68).

2.      The United States Marshal is directed to serve the summons, operative

Amended Complaint (Doc. 42), and this Order without requiring prepayment of fees and

costs.

3.      Defendant Mannis's sealed address must be redacted from the return of

service and all other public portions of the record.

4.      For good cause, the time for service is extended to July 20, 2026.[1]

---

[1] As Higgins has been informed, it is ultimately his responsibility to provide sufficient information for identifying and properly serving each Defendant. (Doc. 4 at 2); *see Lee v. Armontrout,* 991 F.2d 487, 489 (8th Cir. 1993). If he does not timely and properly do so, Higgins's claims against Mannis may dismissed, without prejudice, due to a lack of service. *See* FED. R. CIV. P. 4(m).

SO ORDERED this 3rd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE